# United States Court of Appeals

### For the Seventh Circuit
### Chicago, Illinois 60604

July 16, 2008

**Before**

Hon. Joel M. Flaum, *Circuit Judge*

Hon. Kenneth F. Ripple, *Circuit Judge*

Hon. Daniel A. Manion, *Circuit Judge*

| | |
|---|---|
| No. 07-1832 | Appeal from the United States District Court for the Eastern District of Wisconsin |
| Bruce A. Tammi, | |
| | No. 04 C 1059 |
| *Plaintiff-Appellee*, | |
| | **Charles N. Clevert, Jr.**, *Judge*. |
| *v.* | |
| Porsche Cars North America, Inc., | |
| *Defendant-Appellant*. | |

**O R D E R**

The opinion issued in this case on July 14, 2008, is hereby withdrawn. A replacement opinion will be issued forthwith.